**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**ANGELA DICKERSON,**

    **Plaintiff,**

**-vs-**                                                        No. 06-CV-988 DRH

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The Plaintiff's motion for summary judgment and her appeal are **GRANTED**. The decision of the agency is **REVERSED** and this case is **REMANDED** to the agency for further proceedings in accordance with "sentence four**"** of **42 U.S.C. § 405(g)**, due to an insufficient review of the evidence.

**NORBERT G. JAWORSKI, CLERK**

February 25, 2008.                              By: s/Patricia Brown
                                                                            Deputy Clerk

APPROVED: /s/    *David R Herndon*
                **CHIEF JUDGE**
                **U.S. DISTRICT JUDGE**